UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

              Plaintiff,

        v.

MARUICIO SILVA,

              Defendant.

NO. CR-03-2183-EFS

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

    Before the Court is Defendant's Motion to Dismiss. (Ct. Rec. 82.) On April 21, 2010, the Court granted the Government's motion to dismiss without prejudice. (Ct. Rec. 81.) That motion did not specify whether it was with or without prejudice. Defendant now moves the Court to dismiss the indictment with prejudice. The Government does not oppose the motion. (Ct. Rec. 86.) Leave of Court is given to dismiss the Indictment (Ct. Rec. 34); the Court, however, makes no judgment as to the merit or wisdom of this dismissal.

    Accordingly, **IT IS HEREBY ORDERED**:

    1.    Defendant's Motion to Dismiss **(Ct. Rec. 82)** is **GRANTED**.

    2.    The Indictment **(Ct. Rec. 34)** shall be **DISMISSED WITH PREJUDICE.**

    3.    All pending motions are **DENIED AS MOOT.**

ORDER ~ 1

1    **IT IS SO ORDERED.**  The District Court Executive is hereby directed

2    to enter this Order and furnish copies to counsel and the United States

3    Probation Office.

4    **DATED** this___17th___ day of May 2010.

5

6                              S/ Edward F. Shea
                              _____
                                  EDWARD F. SHEA
7                             United States District Judge

8
     Q:\Criminal\2003\2183.dism.2.wpd
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER ~ 2